# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| JENNIFER ROCKWELL,<br><br>               Plaintiff,<br><br>    v.<br><br>FIRST NATIONAL INSURANCE CO. OF AMERICA,<br><br>               Defendant. | Case No. C24-1552-MLP<br><br>MINUTE ORDER |

The following Minute Order is made at the direction of the Court, the Hon. Michelle L. Peterson, United States Magistrate Judge:

On January 7, 2025, the parties submitted a proposed stipulated protective order. (Dkt. # 11.) Local Civil Rule ("LCR") 26(c)(2) requires that parties departing from this district's model protective order provide the Court with a redlined version identifying departures from the model. No redlined version has been provided. The Court will consider the stipulated motion after provision of the redlined version. The parties are further advised to describe the justification for any substantive departures from the model order. *See* LCR 26(c)(2).

//

MINUTE ORDER - 1

Dated this 7th day of January, 2025.

Ravi Subramanian<br>
Clerk of Court<br><br>
By: Tim Farrell<br>
Deputy Clerk